IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHN SIMS and IDA JEAN ELLIOTT,
Individually and as Co-Personal Representative
of the Estate of JIMMY HOOD, deceased                                             PLAINTIFFS

v.                                      Case No. 4:16-cv-00434 KGB

JULIE POLLOCK and WESTERN FLYER
EXPRESS, LLC f/k/a WESTERN FLYER
EXPRESS, INC.                                                                    DEFENDANTS

## ORDER

Before the Court is the stipulation for dismissal with prejudice filed by both parties (Dkt. No. 31). The parties state that this matter has settled and request that the Court dismiss the case with prejudice, with each party to bear his or her own costs and attorney's fees. For good cause shown, the Court grants the motion (Dkt. No. 31). This action is dismissed with prejudice, and all pending motions are denied as moot (Dkt. No. 16).

So ordered this the 29th day of June, 2017.

_____
Kristine G. Baker
United States District Judge